IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROAN FREDERICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:18-cv-81-WKW-TFM |
| | ) |
| CAPITOL HILL HEALTHCARE CENTER, INC., D/B/A/ CAPITAL HILL HEALTH CARE & REHAB, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pending before the court is a *Joint Stipulation of Dismissal* (Doc. 19, filed 06/19/18). The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by both sides. Consequently, by operation of Rule 41, this action has been dismissed in accordance with the joint notice. Therefore, this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is DIRECTED to close this case.

DONE this 19th day of June, 2018.

\s\Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE